HOLLEY DRIGGS WALCH FINE
WRAY PUZEY THOMPSON
JAMES W. PUZEY
Nevada Bar No. 5745
MICHAEL R. AYERS
Nevada Bar No. 10851
800 S. Meadow Parkway, Suite 800
Reno, NV 89521
Telephone: 775-851-8700
Facsimile: 775-851-7681
Jpuzey@nevadafirm.com
Mayers@nevadafirm.com

Attorneys for Defendant, *Midland Credit Management, Inc*.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Mayela F. Hess,<br><br>        Plaintiff,<br><br>v.<br><br>Westlake Services, LLC dba Westlake Financial Services; Midland Credit Management, Inc.; and Credit One Bank, N.A.,<br><br>        Defendants. | Case No. 2:17-cv-01895-JAD-PAL<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR MIDLAND CREDIT MANAGEMENT, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST FOR EXTENSION]** |

COMES NOW, Defendant Midland Credit Management, Inc. ("Midland"), and Plaintiff, Mayela F. Hess ("Plaintiff"), by and through their respective counsel of record, stipulate and agree to extend the deadline to **September 1, 2017**, for Midland to answer or otherwise plead in response to Plaintiff's Complaint.

This is Midland's first request for an extension, which it requested from Plaintiff in order to allow Midland additional time to investigate the factual allegations of the Complaint, and for Midland's counsel, Michael R. Ayers, to join the undersigned firm and to relocate his family to Reno, Nevada. Plaintiff has no opposition to Midland's request for an extension.

///

///

///

///

///

No additional requests for extensions are contemplated.

**IT IS SO STIPULATED**.

DATED this 26th day of July, 2017.

| HAINES & KRIEGER, LLC | HOLLEY DRIGGS WALCH FINE WRAY PUZEY THOMPSON |
|---|---|
| /s/DAVID H. KRIEGER, ESQ.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>Telephone: 702-880-5554<br>Facsimile: 702-385-5518<br>Email: dkrieger@hainesandkrieger.com<br>*Attorneys for Plaintiff* | /s/ JAMES W. PUZEY, ESQ.<br>James W. Puzey, Esq.<br>Nevada Bar No. 5745<br>Michael R. Ayers, Esq.<br>Nevada Bar No. 10851<br>800 S. Meadow Parkway, Suite 800<br>Reno, NV 89521<br>Telephone: 775-851-8700<br>Facsimile: 775-851-7681<br>Email: Jpuzey@nevadafirm.com<br>Email: Mayers@nevadafirm.com<br>*Attorneys for Defendant Midland Credit Management, Inc.* |
| KNEPPER & CLARK LLC | PAYNE LAW FIRM, LLC |
| /s/MATTHEW I. KNEPPER, ESQ.<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Telephone: 702-825-6060<br>Facsimile: 702-447-8048<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>*Attorneys for Plaintiff* | /s/SEAN N. PAYNE, ESQ.<br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>9550 S. Eastern Avenue, Suite 253-A213<br>Las Vegas, NV 89123<br>Telephone: 702-952-2733<br>Facsimile: 702-462-7227<br>Email: seanpayne@spaynelaw.com<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 27, 2017