Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MAYELA F. HESS,<br><br>　　　　　Plaintiff,<br>v.<br><br>WESTLAKE SERVICES, LLC dba WESTLAKE FINANCIAL SERVICES; MIDLAND CREDIT MANAGEMENT, INC.; and CREDIT ONE BANK, N.A.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-01895-JAD-PAL<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND WESTLAKE SERVICES, LLC DBA WESTLAKE FINANCIAL SERVICES** |

**NOTICE IS HERBY GIVEN** that the dispute between MAYELA F. HESS ("Plaintiff") and Defendant WESTLAKE SERVICES, LLC dba WESTLAKE FINANCIAL SERVICES ("WESTLAKE") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against WESTLAKE, with Prejudice, within sixty (60) days.

Plaintiff requests that all pending dates and filing requirements as to WESTLAKE be vacated, and that the Court set a deadline sixty days (60) from present for filing a Dismissal as to WESTLAKE.

DATED: September 5, 2017

Respectfully submitted,

*/s/ Sean N. Payne* \_\_\_\_\_
Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

*Attorneys for Plaintiff*

**IT IS ORDERED** that plaintiff shall have until **November 6, 2017**, to either file a notice of voluntary dismissal as to defendant Westlake Services, LLC, or a status report advising when the notice of voluntary dismissal will be filed.

Dated: September 6, 2017

_____
Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 5, 2017, and pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND WESTLAKE SERVICES, LLC DBA WESTLAKE FINANCIAL SERVICES** was served via the U.S. District Court's electronic filing system to all parties appearing in this case.

                                        /s/ Sean N. Payne
                                        Payne Law Firm LLC